**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**TERRY A. JONES,**

        **Petitioner,**

                                              **CASE NO. 2:14-CV-1218**

    **v.**                                      **JUDGE GEORGE C. SMITH**

                                              **MAGISTRATE JUDGE KEMP**

**WARDEN, LEBANON
CORRECTIONAL INSTITUTION,**

        **Respondent.**

**OPINION AND ORDER**

On September 22, 2016, the Magistrate Judge issued an *Order and Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed and denying Petitioner's motions as moot. (ECF No. 27). Although the parties were advised of the right to object to the Magistrate Judge's *Order and Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Order and Report and Recommendation* (ECF No. 27) is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

Petitioner's motions (ECF Nos. 19, 20) are **DENIED** as moot.

        **IT IS SO ORDERED**.

                                      *s/ George C. Smith*
                                      **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**